IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff and Judgment Creditor,<br><br>　　　　v.<br><br>RONNY R. MARTIN,<br><br>　　Defendant and Judgment Debtor,<br><br>MECHANICS BANK,<br><br>　　Garnishee. | No. 2:03-cv-01656-FCD-DAD<br><br>**ORDER TERMINATING WRIT PROCEEDINGS** |

　　The United States has filed a Notice of Termination of Writ Proceedings and Enforcement of Judgment. ECF No. 9. Accordingly, pursuant to 28 U.S.C. § 3205(c)(10), the Court hereby terminates the Writ of Garnishment previously issued on July 10, 2014 against defendant Ronny R. Martin and orders this case closed.

　　IT IS SO ORDERED.

Dated:  August 8, 2014

Ddad1\orders.civil\ martin1656.term.writ.ord.docx

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE